ANDOVER SAVINGS BANK *vs.* BENJAMIN F. ADAMS & another.

Judgment for the plaintiff in an action for instalments of interest due on a note payable in one year with interest semiannually, will not bar a subsequent action for the principal, although it was due when the former action was commenced.

CONTRACT on a promissory note signed by the defendants, payable in one year with interest semiannually. It was agreed that, since the note became overdue, the plaintiffs sued one of the defendants for two instalments of interest, and recovered judgment.

*H. G. Herrick*, for the defendants.

*J. W. Perry*, for the plaintiffs.

BIGELOW, C. J. This case is not distinguishable from *Sparhawk* v. *Wills*, 6 Gray, 163. The promises to pay the debt at one time and the interest at another are several, and afford distinct causes of action. Such was clearly the intention of the parties. It was the ordinary case where a note is given for a time certain, but it was not supposed that the principal would be paid at its maturity. It was doubtless intended that the debt should remain for a longer period, the interest being paid semiannually.                                    *Judgment for the plaintiffs.*